# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JOSEPH T. DURKIN,

    Petitioner,

v.                                          CASE NO. 5:11-cv-00365-MP-CJK

SECRETARY, FLORIDA DEPT.
OF CORRECTIONS,

    Respondents.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 30, 2013. (Doc. 35). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, (doc. 1) is DENIED.

3.   A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this   *20th* day of December, 2013

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge